JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TAYLOR B., | Case No. ED CV 24-00608-DFM |
| Plaintiff, | JUDGMENT |
| v. | |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Date: September 30, 2024

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge